JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAYVON LAMAR SMITH,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN,<br><br>Respondent. | No. CV 20-5354-RSWL (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: March 8, 2022

    */S/ RONALD S.W. LEW*
RONALD S.W. LEW
United States District Judge